```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09536
   LUCILA MAURICIO
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-1911
```

---
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/25/07 and confirmed on 08/27/07.

2. The case was dismissed after confirmation, 12/20/2007.

3. The Debtor paid a total of $   5525.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | 4267.99 | .00 | 4267.99 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 41828.74 | .00 | .00 |
| SN SERVICING CORP | SECURED | 1113.36 | .00 | 1113.36 |
| SN SERVICING CORP | MORTGAGE ARRE | 9150.86 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 56360.95 | .00 | .00 | .00 | 56360.95 |
| PRINCIPAL PAID | 5381.35 | .00 | .00 | .00 | 5381.35 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 5381.35 | .00 | .00 | .00 | 5381.35 |

The Debtor's attorney, GARY L SHILTS           , was allowed $   3600.00 and was paid $   1500.00  direct and $        .00  through the plan.

The Trustee received $    143.65 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/10/08                   /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 09536 LUCILA MAURICIO